# UNITED STATES BANKRUPTCY COURT
for the
District of Minnesota

Chapter 13

TROY M TANNER  
1818 CRESTVIEW DR  
LITTLE FALLS, MN 56345

Case No.: 05-52056-RJK  
SS #1: XXX-XX-2973

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 15 | 05 | The Plan was confirmed on | | | | The Case was concluded on | 03 | 29 | 06 |

Dismissed Prior To Confirmation

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.        $ 500.00

### DISBURSEMENTS TO CREDITORS

| CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ABM AMRO MORTGAGE GROUP I | 001 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA MTG | 002 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| BENEFICIAL/HOUSEHOLD | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| OSI | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PEGASUS SATELLITE TV, INC | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COLLECTION BUREAU OF LITT | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FAMILY MEDICAL CENTER | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CCA | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HOME FURNACE COMPANY, INC | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MINNESOTA POWER | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NATIONAL MAGAZINE EXCHANG | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROVIDIAN | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SYTEK COMMUNICATIONS | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| US BANK | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TROY M TANNER | 999 | Refund | 500.00 | 500.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| SAMUEL V. CALVERT | 1,250.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

/s/ Michael J. Farrell

Michael J. Farrell

United States Bankruptcy Court
for the
District of Minnesota

In Re: TROY M TANNER  Case Number: 05-52056-RJK

## Certificate of Service

The undersigned certifies, under the penalties of perjury, that a copy of the attached Final Report in the above case number was mailed, in sealed envelope, bearing first class postal indicia, or was delivered personally to the following:

TROY M TANNER
1818 CRESTVIEW DR LITTLE FALLS, MN 56345

Dated:  06/13/2006

Copy for:

CLERK OF BANKRUPTCY COURT
416 US COURTHOUS
515 W 1ST ST
DULUTH, MN 55802

0508-50-EPIEXX-00013413-84066